FLORENCE G. HENDRICKSON, Respondent, v. CHARLES C. HENDRICKSON, Appellant.—

1012

Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.